## Porter vs. Cox.

A record offered in evidence, which is not authenticated with the seal of the court, may be proven by parol testimony, to be a true copy of the record. An exemplification of a record is of no higher authority than a sworn copy.

---

## Bruce & Lingle vs. Sweatland.

In an action upon a penal bond of $500 for the conveyance of land, upon default being made, a jury was sworn to enquire, as well of the debt as of the damages. The jury assessed $250, and the declaration admitted the receipt of $262. This being for more than the penalty; verdict set aside and new trial ordered.

---

## White vs. Mallord.

Under the statute regulating proceedings before justices of the peace, page 313, sec. 6, the owner of a note, negotiable by mere delivery, may prove the loss of it, and recover the amount of the maker.

---

## O'Sullivan vs. Brown.

In order to determine that a case was improperly stricken from the docket in the court below, the facts upon which the action was founded, as well as the reasons of the court for sustaining it, in order to become a part of the record, should be made so by bill of exceptions.